AUGUST 10, 1801.

# John Edwards *v.* Solomon Corn.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Mercer county.*

Where the assignment of a breach of the covenant sued on is materially variant from the language of the covenant, a judgment for damage for the breach can not be sustained.

It appears that the averment in assigning a breach of the covenant is materially variant from the words of the covenant, and from the recital thereof in the declaration. Therefore, it is considered by the court that the judgment aforesaid be reversed and set aside; that the cause be remanded to the court from whence it came, for new proceedings to be had, to commence with amending the declaration, and that the plaintiff recover of the defendant his costs in this behalf expended; which is ordered to be certified to the said court.